UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

John Moore,

           Petitioner,

v.

Jamie Sorber, Superintendent, State Correctional Institution at Dallas; Josh Shapiro, Attorney General, Office of Attorney General; Lawrence S. Krasner, District Attorney, Philadelphia County, Pennsylvania

           Respondents

Docket No.:

2:22-cv-02574-EGS

**[PROPOSED] ORDER**

**AND NOW**, this ___ day of _____, 2022, upon consideration of Petitioner's Unopposed Motion to Stay and Abey, it is hereby **ORDERED** that the motion is **GRANTED**. Petitioner's federal habeas proceedings are **STAYED** pending resolution of Petitioner's state court proceedings, or until further Order of this Court.

**BY THE COURT:**

_____
**EDWARD G. SMITH, J.**